UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LASHAWN L. WILKS,<br><br>    Defendant. | Case No. 19-cr-40085-JPG |

### MEMORANDUM AND ORDER

This matter comes before the Court on Defendant's LaShawn Wilks ("Wilks") Motion to Dismiss Count 15 of the Superseding Indictment (Doc. 725) and the Government's Motion to Dismiss Count 15 of the Superseding Indictment (Doc. 753). Both Wilks and the Government request this Court to Dismiss Count 15.

The Court hereby **GRANTS** Wilks' Motion to Dismiss Count 15 (Doc. 725) and the Government's Motion to Dismiss Count 15 (Doc. 753) and **DISMISSES** Count 15 of the Superseding Indictment without prejudice.

**IT IS SO ORDERED.**
**Dated: December 15, 2021**

                                    /s/ J. Phil Gilbert
                                    **J. PHIL GILBERT**
                                    **DISTRICT JUDGE**